THE STATE OF OHIO, APPELLEE, v. F.R., APPELLANT.

(No. 2014–0618—Submitted September 3, 2014—Decided May 21, 2015.)

---

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for application of *State v. Bevly,* 142 Ohio St.3d 41, 2015-Ohio-475, 27 N.E.3d 516.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, Kennedy, AND O'Neill, JJ., CONCUR.

FRENCH, J., dissents and would affirm the judgment of the court of appeals.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Assistant Prosecuting Attorney, for appellee.

Yeura Venters, Franklin County Public Defender, and Emily L. Huddleston, Assistant Public Defender, for appellant.